Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CRAIG A. BASSHAM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CRAIG A. BASSHAM,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANN HENRIQUES, individually and in her official capacity,<br><br>　　　　　　　　　Defendants. | Case No. 5:12-CV-04743-EJD-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CRAIG A. BASSHAM, and Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT, and JANALIE ANN HENRIQUES, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CRAIG A. BASSHAM, against Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT, and JANALIE ANN HENRIQUES, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

oo0oo

---

- 1 -

STIPULATION OF DISMISSAL AND ORDER　　　　　　　　　Case No. 5:12-CV-04743-EJD-PSG

| | | |
|---|---|---|
| 1 | Dated: December 28, 2012 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | CRAIG A. BASSHAM |
| 4 | | |
| 5 | Dated: December 28, 2012 | /s/ Jeffrey A. Topor |
| | | Jeffrey A. Topor, Esq. |
| 6 | | Attorney for Defendants |
| | | HUNT & HENRIQUES |
| 7 | | MICHAEL SCOTT HUNT |
| 8 | | JANALIE ANN HENRIQUES |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 1/3/2013

_____
The Honorable Edward J. Davila
United States District Judge